IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )                    8:05cv479
                                   )
      v.                           )
                                   )
JAMES D. SCHILKE, HOLLY D. SCHILKE, )                   ORDER
LARRY SCHILKE, DIANE SCHILKE, STATE )
OF NEBRASKA, and STATE OF NEBRASKA, )
                                   )
            Defendants.            )
_____    )


            IT HEREBY IS ORDERED:

            Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f)

and, by January 17, 2006,  file their Report of Parties' Planning Conference.


            DATED December 29, 2005.



                                        /s/  David L. Piester
                                   United States Magistrate Judge