IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05cv479 |
| v. | ) | |
| JAMES D. SCHILKE, HOLLY D. SCHILKE, LARRY SCHILKE, DIANE SCHILKE, STATE OF NEBRASKA, and STATE OF NEBRASKA, | ) | REASSIGNMENT ORDER |
| Defendants. | ) | |

IT IS ORDERED that, because this case will be tried in North Platte, Nebraska, and Judge Urbom does not conduct North Platte trials, this case is reassigned to District Judge Lyle E. Strom for disposition and remains assigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 31st day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge