IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )        8:05CV479
                                )
         v.                     )
                                )
JAMES D. SCHILKE, a/k/a JAMES   )            ORDER
DANIEL SCHILKE; HOLLY D.        )
SCHILKE, a/k/a HOLLY SCHILKE;   )
LARRY SCHILKE; DIANE SCHILKE;   )
STATE OF NEBRASKA, ex rel.      )
NEBRASKA DEPARTMENT OF          )
REVENUE; and STATE OF           )
NEBRASKA DEPARTMENT OF HEALTH   )
AND HUMAN SERVICES, CHILD       )
SUPPORT ENFORCEMENT,            )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on the motion (Filing No. 26) of defendant State of Nebraska ex rel. Nebraska Department of Health and Human Services, Child Support Enforcement, to strike its previous voluntary dismissal of defendant State of Nebraska (Filing No. 25). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the clerk of court shall strike the voluntary dismissal of defendant State of Nebraska (Filing No. 25).

DATED this 24th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court