```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:05CV479
                               )
         v.                    )
                               )
JAMES D. SCHILKE, a/k/a        )         ORDER
JAMES DANIEL SCHILKE, et al., )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on the stipulation for dismissal (Filing No. 30). Pursuant thereto,

IT IS ORDERED that defendant State of Nebraska, ex rel. Nebraska Department of Health and Human Services, Child Support Enforcement is dismissed as a party defendant to this action and its counsel should be removed from the electronic notification list in this case.

DATED this 29th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court