IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV479 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES D. SCHILKE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion for time, filing 39, is granted and the deadline for filing a summary judgment motion is extended to August 21, 2006.

DATED this 20th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge