## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CV479 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES D. SCHILKE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

This case was scheduled for a final pretrial conference in North Platte, Nebraska before the undersigned magistrate judge. Counsel for the parties, Robert Homan and Larry Baumann, notified said magistrate judge that the case has been settled. Therefore,

**IT IS ORDERED:**

1. On or before **September 18, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior District Judge Lyle E. Strom at Strom@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference in North Platte, Nebraska set for September 12, 2006, is cancelled upon the representation that this case is settled.

Dated this 16th day of August 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge